FILED
2009 OCT 21 PM 2:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

October 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOHN ARTHUR WALTHALL, Defendant. | SA CR No. SACR09-0213 |
| | I N D I C T M E N T |
| | [18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 1956(a)(1)(A)(i): Promotional Money Laundering; 18 U.S.C. § 1957: Transactions in Criminally Derived Property; 18 U.S.C. § 2: Aiding & Abetting and Causing an Act to Be Done] |

UNDER SEAL

The Grand Jury charges:

COUNTS ONE THROUGH FOUR

[18 U.S.C. § 1343]

A. INTRODUCTION

At all times relevant to this Indictment:

1. Defendant JOHN ARTHUR WALTHALL ("defendant WALTHALL") was a resident of Orange County in California.

2. M.G. and T.G. were residents of Orange County in California.

B. THE SCHEME TO DEFRAUD

3. Beginning in or around January 2007, and continuing through in or around November 2008, in Orange County, within the Central District of California, and elsewhere, defendant WALTHALL, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud M.G. and T.G. as to material matters, and to obtain money and property from M.G. and T.G. by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4. Defendant WALTHALL devised the scheme to operate, and the scheme did operate, as follows:

a. through false and fraudulent statements and written materials, defendant WALTHALL attempted to induce, and did induce, M.G. and T.G. to form and invest in a joint partnership called Advanced Recycling General Partners ("ARGP") for the purported purpose of extracting gold from old gold mines; and

b. to obtain M.G. and T.G.'s money, defendant WALTHALL made material omissions and false promises and statements, including, without limitation, false representations that the money invested in ARGP would be used to search for gold in mines located in the Imperial Valley, Nevada, and Brazil.

5. To execute the aforementioned scheme, defendant WALTHALL made false and deceptive statements to M.G. and T.G., including, without limitation, the following:

a. that defendant WALTHALL had devised a process to extract gold from old gold mines;

   b. that defendant WALTHALL had invested more than three million dollars worth of more than a decade of research and development, expenses, equipment, proprietary innovative technology, experience and activity, in this process to extract gold from old gold mines; and

   c. that partners of ARGP would receive salary and/or expenses for services rendered to ARGP only as specifically and as first approved by each of the partners.

  6. In carrying out the scheme to defraud, defendant WALTHALL concealed, among others, the following material facts: that defendant Walthall would use money invested in ARGP to fund his own personal expenses, including making a payment to the New York Film Academy on behalf of his son, making a payment to eHarmony, making payments to his ex-wife, and purchasing a hyperbaric oxygen chamber.

  7. By devising, executing, and participating in the above scheme, WALTHALL attempted to induce, and did induce, M.G. and T.G. to distribute to him funds of over $4.7 million.

C. <u>ITEMS WIRED</u>

  8. On or about the dates set forth below, in Orange County, within the Central District of California, and elsewhere, defendant WALTHALL, for the purpose of executing, and attempting to execute, the above-described scheme to defraud, transmitted, willfully caused the transmission, and aided and abetted the transmission of, the following items by means of wire and radio communication in interstate and foreign commerce:

| COUNT | DATE | ITEM WIRED |
|---|---|---|
| 1 | 1/25/08 | Wire transfer of $1,000,000 from Washington Mutual account # xxx-xxx109-1 in California to Stifel Nicolaus account # xxxx-0661 in New York |
| 2 | 1/31/08 | Wire transfer of $2,000,000 from Washington Mutual account # xxx-xxx482-0 in California to Stifel Nicolaus account # xxxx-0661 in New York |
| 3 | 7/11/08 | Wire transfer of $100,000 from Stifel Nicolaus account # xxxx-0661 in New York to David H. Fell Co., Inc. in California |
| 4 | 10/7/08 | Wire transfer of $1,892,751.44 from Stifel Nicolaus account # xxxx-0661 in New York to Monex in California |

COUNTS FIVE THROUGH SIX

[18 U.S.C. § 1956(a)(1)(A)(i)]

9. On or about the following dates, in Orange County, within the Central District of California, and elsewhere, defendant WALTHALL, knowing that the property involved in each of the financial transactions described below represented the proceeds of some form of unlawful activity, conducted and willfully caused others to conduct the following financial transactions affecting interstate commerce, which transactions in fact involved the proceeds of specified unlawful activity, namely wire fraud, with the intent to promote the carrying on of such specified unlawful activity:

| COUNT | DATE | FINANCIAL TRANSACTION |
| --- | --- | --- |
| 5 | 4/2/08 | Payment of $5,000 to M.G. by check # 1127, from Stifel Nicolaus account # xxxx-0661. |
| 6 | 6/26/08 | Payment of $606,257 to defendant WALTHALL by check # 2363801500, from Washington Mutual account # xxx-xxx109-1 |

COUNTS SEVEN THROUGH NINE

[18 U.S.C. § 1957]

10. On or about the dates set forth below, in Orange County, within the Central District of California, and elsewhere, defendant WALTHALL, knowing that the funds involved represented the proceeds of some form of unlawful activity, conducted, attempted to conduct, and willfully caused others to conduct, the following monetary transactions in criminally derived property of

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

a value greater than $10,000, which property, in fact, was derived from specified unlawful activity, namely wire fraud:

| COUNT | DATE | FINANCIAL TRANSACTION |
|---|---|---|
| 7 | 4/22/08 | Wire transfer of $52,590 from Stifel Nicolaus account # xxxx-0661 to Genox |
| 8 | 11/20/08 | Cash withdrawal of $15,000 from Washington Mutual account # xxx-xxx047-0 |
| 9 | 11/25/08 | Cash withdrawal of $30,000 from Washington Mutual account # xxx-xxx047-0 |

A TRUE BILL

/S/

Foreperson

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DOUGLAS F. MCCORMICK
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office

JEANNIE M. JOSEPH
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

IVY A. WANG
Assistant United States Attorney