FILED

*Memorandum*

2009 OCT 21 PM 2: 10



CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

| Subj: **SA CR09-0213**<br>United States v. JOHN ARTHUR WALTHALL | Date:<br>October 20, 2009 |
|---|---|
| To:<br>TERRY NAFISI<br>District Court Executive<br>United States District Court<br>Central District of California | From:<br>IVY A. WANG<br>Assistant United States Attorney<br>Criminal Division |

-The matter relating to the referenced criminal action, United States v. JOHN ARTHUR WALTHALL, being filed on October 21, 2009.

-- was [ ] was not [X] pending in the Organized Crime Section of the USAO before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

IVY A. WANG
Assistant United States Attorney
Criminal Division