# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SA CR09-00213-AG |
| Date | August 4, 2011 |

Present: The Honorable **ANDREW J. GUILFORD**

Interpreter

| D. Beard for Lisa Bredahl | - . . . | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Arthur Walthall | not | X | | James Riddet | not | | X |

**Proceedings:** (IN CHAMBERS)

Pursuant to stipulation of counsel, the hearing on Defendant's Motion for Clarification and Specific Findings re Order Granting Government Motion to Revoke Bond is continued to August 12, 2011 at 11:00 a.m.

Initials of Deputy Clerk   db

cc: Pretrial Services, U.S. Marshal

CR-11 (10/08)   CRIMINAL MINUTES - GENERAL   Page 1 of 1